1  SUE ELLEN WOOLDRIDGE, Assistant Attorney General
   PAMELA TONGLAO, Trial Attorney
2  U.S. Department of Justice
   Environment & Natural Resources Division
3  Environmental Defense Section
   P.O. Box 23986
4  Washington, DC 20026-3986
   Telephone: (202) 305-0897
5  Facsimile:  (202) 514-8865

6  KEVIN V. RYAN (CSBN118321)
   United States Attorney
7  JAMES C. CODA
   Assistant United States Attorney
8  450 Golden Gate Ave.
   San Francisco, CA 94102
9  Telephone: (415) 436-7180
   Facsimile:  (415) 436-6748
10
   Attorneys for the United States of America
11

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SIERRA CLUB, | No. C 06-5288 MHP |
| Plaintiff, | STIPULATION TO THE ENTRY OF AN ORDER EXTENDING TIME FOR DEFENDANT UNITED STATES TO RESPOND TO COMPLAINT AND TO CONTINUE INITIAL DISCOVERY AND CASE MANAGEMENT CONFERENCE |
| v. | |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, | |
| Defendant. | |

Pursuant to Local Rules 6-2 and 7-12, Plaintiff Sierra Club and Defendant United States Environmental Protection Agency ("EPA"), by and through their undersigned counsel, hereby stipulate the entry of an order that extends by 45 days – to January 15, 2007 – the United States' deadline for responding to Plaintiff's Complaint.

The parties further stipulate to the entry of an order to continue from December 11, 2006 to January 29, 2007 their deadline to file initial disclosures, to file a Case Management Statement, and to file a Rule 26(f) Report.  Last, the parties stipulate to the entry of an order to continue from December 18, 2006 to February 5, 2007, the initial case management conference.

The parties are currently engaged in settlement discussions and believe the additional

1  time will be sufficient for them to determine whether this matter can be resolved amicably.  No

2  previous requests for extensions of time have been filed.  The parties believe the 45 day

3  extension will not adversely affect the schedule of this case.

5  FOR PLAINTIFF SIERRA CLUB:

6  s/ Reed Zars                              Dated: December 1, 2006
   REED ZARS
7  Attorney at Law
   910 Kearney Street
8  Laramie, WY 82070
   (307) 745-7979
9  Fax: (307) 745-7999
   rzars@lariat.org

11  FOR DEFENDANT EPA:

12  s/ Pamela S. Tonglao                     Dated: December 1, 2006
    PAMELA S. TONGLAO
13  United States Department of Justice
    Environment & Natural Resources Division
14  Environmental Defense Section
    P.O. Box 23986
15  Washington, D.C.  20026-3986
    (202) 305-0897
16  Fax:  (202) 514-8865
    pamela.tonglao@usdoj.gov

19  PURSUANT TO STIPULATION, IT IS SO ORDERED.

20     12/5/06
    DATED                                    UNITED STATES DISTRICT JUDGE

Stip re Answer & CMC
CV 06-5288 MHP                    2

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing STIPULATION TO THE ENTRY OF AN ORDER TO EXTEND TIME FOR DEFENDANT UNITED STATES TO RESPOND TO COMPLAINT AND TO CONTINUE INITIAL DISCOVERY AND CASE MANAGEMENT CONFERENCE was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

December 1, 2006                              s/ Pamela S. Tonglao
                                              Pamela S. Tonglao

Stip re Answer & CMC
CV 06-5288 MHP