SUE ELLEN WOOLDRIDGE, Assistant Attorney General
PAMELA TONGLAO, Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 23986
Washington, DC 20026-3986
Telephone: (202) 305-0897
Facsimile:  (202) 514-8865

KEVIN V. RYAN (CSBN118321)
United States Attorney
JAMES C. CODA
Assistant United States Attorney
450 Golden Gate Ave.
San Francisco, CA 94102
Telephone: (415) 436-7180
Facsimile:  (415) 436-6748

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SIERRA CLUB, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, <br><br> Defendant. | No. C 06-5288 MHP <br><br> STIPULATION FOR SECOND EXTENSION OF TIME FOR DEFENDANT UNITED STATES TO RESPOND TO COMPLAINT |

Pursuant to Local Rules 6-1(a) and 7-12, Plaintiff Sierra Club and Defendant United States Environmental Protection Agency ("EPA"), by and through their undersigned counsel, hereby stipulate to extend by 60 days – to March 16, 2007 – EPA's deadline for responding to Plaintiff's Complaint.  The parties previously requested one extension of this deadline, which the Court granted on December 8, 2006 (Docket No. 8).  Since then, Plaintiff and EPA have made significant progress toward settlement of the issues identified in Plaintiff's Complaint.  The requested extension would allow the parties to finalize the settlement and obtain the necessary approvals within EPA and the Department of Justice.

//

1  The parties believe that a second extension of the deadline for EPA to respond to the
2  Complaint will not adversely affect the schedule of this case.

3

4  <u>FOR PLAINTIFF SIERRA CLUB</u>:

5   s/ Reed Zars                                     Dated:  <u>January 16, 2007</u>
   REED ZARS
6  Attorney at Law
   910 Kearney Street
7  Laramie, WY 82070
   (307) 745-7979
8  Fax: (307) 745-7999
   rzars@lariat.org
9

10 <u>FOR DEFENDANT EPA</u>:

11 s/ Pamela S. Tonglao                              Dated: <u>January 16, 2007</u>
   PAMELA S. TONGLAO
12 United States Department of Justice
   Environment & Natural Resources Division
13 Environmental Defense Section
   P.O. Box 23986
14 Washington, D.C. 20026-3986
   (202) 305-0897
15 Fax: (202) 514-8865
   pamela.tonglao@usdoj.gov
16

17
   PURSUANT TO STIPULATION, IT IS SO ORDERED.
18
       1/16/07
19 ─────────────────                               ──────────────────────────────
   DATED                                          UNITED STATES DISTRICT JUDGE
20

21

22

23

24

25

26

27

28
   Stipulation re Answer
   CV 06-5288 MHP                        2