MATTHEW J. MCKEOWN, Acting Assistant Attorney General
PAMELA TONGLAO, Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 23986
Washington, DC 20026-3986
Telephone: (202) 305-0897
Facsimile: (202) 514-8865

KEVIN V. RYAN (CSBN118321)
United States Attorney
JAMES C. CODA
Assistant United States Attorney
450 Golden Gate Ave.
San Francisco, CA 94102
Telephone: (415) 436-7180
Facsimile: (415) 436-6748

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SIERRA CLUB, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, <br><br> Defendant. | No. C 06-5288 MHP <br><br> STIPULATION TO VACATE INITIAL CASE MANAGEMENT CONFERENCE |

Plaintiff Sierra Club and Defendant United States Environmental Protection Agency ("EPA"), by and through their undersigned counsel, hereby stipulate and request the Court's permission to vacate the initial case management conference that is presently scheduled for February 5, 2007. See Docket No. 8. The parties have reached a tentative settlement that would resolve all of the substantive issues in this case. The parties are in the process of seeking approval to lodge a consent decree from appropriate officials within the Department of Justice and EPA. In light of these developments, the parties believe that a case management conference

//

//

1  is not necessary at this time.  Either party may request that the Court schedule a case

2  management conference in the future if one should become necessary.

3  FOR PLAINTIFF SIERRA CLUB:

4   s/ Reed Zars                                      Dated: January 26, 2007
   REED ZARS
5  Attorney at Law
   910 Kearney Street
6  Laramie, WY 82070
   (307) 745-7979
7  Fax: (307) 745-7999
   rzars@lariat.org

8

9  FOR DEFENDANT EPA:

10 s/ Pamela S. Tonglao                         Dated: January 26, 2007
   PAMELA S. TONGLAO
11 United States Department of Justice
   Environment & Natural Resources Division
12 Environmental Defense Section
   P.O. Box 23986
13 Washington, D.C.  20026-3986
   (202) 305-0897
14 Fax:  (202) 514-8865
   pamela.tonglao@usdoj.gov

15

16

17 PURSUANT TO STIPULATION, IT IS SO ORDERED.  THE INITIAL CASE MANAGEMENT CONFERENCE IS HEREBY VACATED.

18    Jan. 29, 2007                           
19 DATED                                       UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28
   Stipulation re CMC
   CV 06-5288 MHP                              2