MATTHEW J. MCKEOWN, Acting Assistant Attorney General
PAMELA TONGLAO, Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 23986
Washington, DC 20026-3986
Telephone: (202) 305-0897
Facsimile: (202) 514-8865

KEVIN V. RYAN (CSBN118321)
United States Attorney
CHARLES O'CONNOR
Assistant United States Attorney
450 Golden Gate Ave.
San Francisco, CA 94102
Telephone: (415) 436-7180
Facsimile: (415) 436-6748

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SIERRA CLUB, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, <br><br> Defendant. | No. C 06-5288 MHP <br><br> STIPULATION FOR THIRD EXTENSION OF TIME FOR DEFENDANT UNITED STATES TO RESPOND TO COMPLAINT |

Pursuant to Local Rules 6-1(a) and 7-12, Plaintiff Sierra Club and Defendant United States Environmental Protection Agency ("EPA"), by and through their undersigned counsel, hereby stipulate to extend by 60 days – to May 15, 2007 – EPA's deadline for responding to Plaintiff's Complaint. On March 9, 2007, EPA lodged with this Court a proposed consent decree that would resolve all of the issues identified in Plaintiff's Complaint. The requested extension of time would allow EPA to complete the public notice and comment process required under section 113(g) of the Clean Air Act, 42 U.S.C. § 7413(g), which states that the consent decree is not final until the EPA Administrator provides "a reasonable opportunity by notice in the Federal Register to persons who are not named as parties or intervenors to the action" to comment in writing upon the proposed decree. After a reasonable

1  comment period, the EPA Administrator must promptly consider any written comments received. <u>Id.</u>
2  If none of the comments disclose facts or considerations which indicate that the decree is inappropriate,
3  improper, inadequate or inconsistent with the requirements of the Clean Air Act, EPA will move for
4  entry of the decree. <u>Id.</u>

5        The parties believe that a third extension of the deadline for EPA to respond to the Complaint
6  will not adversely affect the schedule of this case.

8  <u>FOR PLAINTIFF SIERRA CLUB</u>:

9  s/ Reed Zars            Dated: <u>March 15, 2007</u>
   REED ZARS
10 Attorney at Law
   910 Kearney Street
11 Laramie, WY 82070
   (307) 745-7979
12 Fax: (307) 745-7999
   rzars@lariat.org

14 <u>FOR DEFENDANT EPA</u>:

15 s/ Pamela S. Tonglao        Dated: <u>March 15, 2007</u>
   PAMELA S. TONGLAO
16 United States Department of Justice
   Environment & Natural Resources Division
17 Environmental Defense Section
   P.O. Box 23986
18 Washington, D.C. 20026-3986
   (202) 305-0897
19 Fax: (202) 514-8865
   pamela.tonglao@usdoj.gov

21 PURSUANT TO STIPULATION, IT IS SO ORDERED.

23  March 16, 2007
   DATED                         UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED* — Judge Marilyn H. Patel (United States District Court, Northern District of California)

Stipulation re Answer
CV 06-5288 MHP          2