MATTHEW J. McKEOWN, Acting Assistant Attorney General
PAMELA TONGLAO, Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 23986
Washington, DC 20026-3986
Telephone: (202) 305-0897
Facsimile:  (202) 514-8865

KEVIN V. RYAN (CSBN118321)
United States Attorney
CHARLES O'CONNOR
Assistant United States Attorney
450 Golden Gate Ave.
San Francisco, CA 94102
Telephone: (415) 436-7180
Facsimile:  (415) 436-6748

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SIERRA CLUB,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>　　　　　Defendant. | No. C 06-5288 MHP<br><br>STIPULATION TO ENTRY OF CONSENT DECREE |

Plaintiff Sierra Club and Defendant United States Environmental Protection Agency ("EPA") hereby stipulate to entry of the proposed consent decree that was previously lodged with the Court on March 9, 2007 (Docket No. 13, Attachment 1). Plaintiff filed this action against EPA pursuant to the citizen suit provision of the Clean Air Act, 42 U.S.C. § 7604(a). Plaintiff's complaint alleges that EPA failed to perform non-discretionary duties to review, and if appropriate, revise the New Source Performance Standards ("NSPS") for portland cement plants as required by CAA Section 111(b), 42 U.S.C. § 7411(b)(1)(B). The proposed Consent Decree establishes deadlines for EPA to propose and finalize revisions to the NSPS standard of performance or a determination not to revise the NSPS. The deadlines for EPA's proposed and

1  final determinations are May 31, 2008, and May 31, 2009, respectively. The decree also
2  specifies requirements for submission of EPA's determinations to the Federal Register for
3  publication. Other provisions in the decree address modification of the decree, continuing
4  jurisdiction, dispute resolution, the deadline for filing attorneys fees and costs, and recipients of
5  notification. The parties negotiated this decree in good faith and agree that its terms are fair,
6  adequate, reasonable, and appropriate under the facts.
7      EPA has completed the public notice and comment process required by section 113(g) of
8  the Clean Air Act, 42 U.S.C. § 7413(g). EPA has decided not to withhold its consent to the
9  Consent Decree as authorized by section 113(g) of the Act. The Department of Justice concurs
10 in EPA's conclusion that consent to the Consent Decree should not be withheld.

## CONCLUSION

12      For these reasons, the Court should sign the consent decree (Docket No. 13, Attachment
13 1) and enter the decree as an order of the Court.

Respectfully submitted,

COUNSEL FOR PLAINTIFF SIERRA CLUB:

Dated: May 4, 2007

s/ Reed Zars
REED ZARS
Attorney at Law
910 Kearney Street
Laramie, WY 82070
Phone: (307) 745-7979
Fax: (307) 745-7999
rzars@lariat.org

Stip to Enter Consent Decree
CV 06-5288 MHP                                 2

COUNSEL FOR DEFENDANT EPA:

Dated: May 4, 2007

MATTHEW J. McKEOWN
Acting Assistant Attorney General
Env. & Natural Resources Division

s/ Pamela S. Tonglao
PAMELA S. TONGLAO
United States Department of Justice
Environmental Defense Section
P.O. Box 23986
Washington, D.C. 20026-3986
Phone (202)305-0897
Fax (202) 514-8865
pamela.tonglao@usdoj.gov

SO ORDERED.

Dated: _5/8/2007_____

_____
MARILYN HALL PATEL
United States District Judge

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*

Stip to Enter Consent Decree
CV 06-5288 MHP                                3