1 George E. Hays (State Bar No. 119904)
  Attorney at Law
2 236 West Portal Avenue, #110
  San Francisco, CA 94127
3 Tel: (415) 566-5414, Fax: (415) 731-1609

**E-Filing**

4 Reed Zars (WY Bar No. 6-3224)
  Attorney at Law
5 910 Kearney Street
  Laramie, Wyoming  82070
6 Tel: (307) 745-7979, Fax: (307) 745-7999
  *Admitted pro hac vice*

7

  Attorneys for Plaintiff

8
                    IN THE UNITED STATES DISTRICT COURT
9              FOR THE NORTHERN DISTRICT OF CALIFORNIA
                        SAN FRANCISCO DIVISION

10

11 SIERRA CLUB,                              )
                                            )
                                            )  No. C 06-5288 MHP
12            Plaintiff,                      )
                                            )  STIPULATION TO THE ENTRY OF AN
13       v.                                  )  ORDER EXTENDING TIME FOR
                                            )  PLAINTIFF SIERRA CLUB TO FILE
14 UNITED STATES ENVIRONMENTAL               )  MOTION FOR COSTS AND FEES
   PROTECTION AGENCY,                        )
15                                           )
                                            )
             Defendant.                      )
16                                           )

17       Pursuant to Local Rules 6-2 and 7-12, Plaintiff Sierra Club and Defendant United States

18 Environmental Protection Agency ("EPA"), by and through their undersigned counsel, hereby

19 stipulate the entry of an order that extends by 45 days – to August 20, 2007 – Sierra Club's

20 deadline for filing a motion for its costs and fees. The deadline for filing such motion is set forth

21 at paragraph 7 in this matter's May 10, 2007 consent decree (Doc. No. 18).

22       The parties believe the additional time will be sufficient for them to determine whether

23 this final matter can be resolved amicably. No previous requests for extensions of the decree's

24 deadline have been sought. There are no other matters scheduled in this case, therefore this

25 stipulated extension will not affect any other deadlines.

26 //

27 //

28 //

1   FOR PLAINTIFF SIERRA CLUB:

2

3   s/ Reed Zars                                         Dated: July 6, 2007
    REED ZARS
4   Attorney at Law
    910 Kearney Street
5   Laramie, WY 82070
    (307) 745-7979
6   Fax: (307) 745-7999
    rzars@lariat.org
7

8   FOR DEFENDANT EPA:

9
    s/ Pamela S. Tonglao                                 Dated: July 6, 2007
10  PAMELA S. TONGLAO
    United States Department of Justice
11  Environment & Natural Resources Division
    Environmental Defense Section
12  P.O. Box 23986
    Washington, D.C.  20026-3986
13  (202) 305-0897
    Fax:  (202) 514-8865
14  pamela.tonglao@usdoj.gov

15

16  PURSUANT TO STIPULATION, IT IS SO ORDERED.

17

18  DATED                                    UNITED STATES DISTRICT JUDGE

19

20

21                      CERTIFICATE OF SERVICE
            I hereby certify that a true and correct copy of the foregoing STIPULATION TO THE
22  ENTRY OF AN ORDER TO EXTEND TIME FOR PLAINTIFF SIERRA CLUB TO FILE
    MOTION FOR COSTS AND FEES was filed electronically.  Notice of this filing will be sent by
23  operation of the Court's electronic filing system to all parties indicated on the electronic filing
    receipt.
24

25  July 6, 2007                            s/ Reed Zars
                                            Reed Zars
26

27

28
    Stip re Costs and Fees                  Page 2
    CV 06-5288 MHP