1  JOHN C. CRUDEN, Acting Assistant Attorney General
   NORMAN L. RAVE, JR., Trial Attorney
2  U.S. Department of Justice
   Environment & Natural Resources Division
3  Environmental Defense Section
   P.O. Box 23986
4  Washington, DC 20026-3986
   Telephone: (202) 616-7568
5  Facsimile:  (202) 514-8865

6  Attorneys for the United States of America

7                  IN THE UNITED STATES DISTRICT COURT
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
8                       SAN FRANCISCO DIVISION

9  _____        )   No. C 06-5288 MHP
                                                    )
   SIERRA CLUB,                                     )
10                                                  )   NOTICE OF STIPULATED
                           Plaintiff,               )   EXTENSION TO CONSENT DECREE
11                                                  )   DEADLINE
               v.                                   )
12                                                  )
   UNITED STATES ENVIRONMENTAL                      )
13 PROTECTION AGENCY,                               )
                                                    )
14                         Defendant.               )
   _____        )
15

16         Paragraph 5 of the Consent Decree entered in this case provides that the deadlines in

17 paragraphs 2 and 3 of the Consent Decree may by extended by written stipulation of the parties

18 to the Consent Decree filed with the Court.  No action by the Court is required for such an

   extension.
19
           The parties have agreed that it is appropriate to extend the deadline in paragraph 3 of the
20
   Consent Decree until June 6, 2010.[1]  Accordingly, pursuant to paragraph 5 of the Consent
21
   Decree, defendant United States Environmental Protection Agency ("EPA") and plaintiff Sierra
22
   Club hereby stipulate to an extension of the deadline in paragraph 3 of the Consent Decree for
23
   EPA to sign a final rule containing revisions to NSPS subpart F pursuant to Clean Air Act
24
   ("CAA") section 111(b)(1)(B) and/or a final determination under CAA section 11(b)(1)(B) not
25
   to revise NSPS subpart F from October 30, 2009 to June 6, 2010.  The purpose of this extension
26
   is to allow EPA to coordinate the promulgation of the standards required under CAA section
27
   _____
28
   [1]  The parties previously stipulated to extensions of the deadline in paragraph 3 from May 31,
   2009 to October 30, 2009.

1    111(b)(1)(B), 42 U.S.C. § 7411(b)(1)(B), with standards the Agency is required to promulgate

2    for the same category of sources under CAA section 112(d)(6), 42 U.S.C. § 7412(d)(6).

3           Respectfully submitted this 7th day of October, 2009.

4

5    FOR DEFENDANT EPA:

6    JOHN C. CRUDEN
     Acting Assistant Attorney General

7
      /S/ Norman L. Rave, Jr.                                  Dated: October 7, 2009
8    NORMAN L. RAVE, JR.
     United States Department of Justice
9    Environment & Natural Resources Division
     Environmental Defense Section
10   P.O. Box 23986
     Washington, D.C.  20026-3986
11   (202) 305-0897
     Fax:  (202) 616-7568
12   norman.rave@usdoj.gov

13
     FOR PLAINTIFF SIERRA CLUB:
14
      /S/ Reed Zars (by permission)                           Dated: October 7, 2009
15   REED ZARS
     Attorney at Law
16   910 Kearney Street
     Laramie, WY 82070
17   (307) 745-7979
     Fax: (307) 745-7999
18   rzars@lariat.org

19                              10/8/09

20

21

22

23

24

25

26

27

28
     Notice of Stipulated Extension to Consent Decree Deadline
     CV 06-5288 MHP                          2

1

CERTIFICATE OF SERVICE

2

    I hereby certify that the foregoing document was filed electronically using the Court's
3  ECF system.  Notice of this filing will be sent by operation of the Court's electronic filing
system to all parties indicated on the electronic filing receipt.

4  October 7, 2009                                      /S/ Norman L. Rave, Jr.
                                                        Norman L. Rave, Jr.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28